MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Nebyou Solomon*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, an individual; DOE OFFICERS I – III, individuals,<br><br>    Defendants. | **Case. No.:** 2:22-cv-00847-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO AMEND COMPLAINT OR OPPOSE DEFENDANTS' Partial MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff NEBYOU SOLOMON and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT and JOSEPH LOMBARDO by and through their respective counsel, hereby stipulate and request that this Court extend the deadline for Plaintiff to file an amended complaint or response in opposition to Defendants' Partial Motion to Dismiss (ECF No. 4) to be extended from the current deadline of July 1, 2022, by seven (7) days to July 8, 2022.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon Plaintiff's counsel's schedule and the desire to promote judicial efficiency.

WHEREFORE, the parties respectfully request that this Court order the deadline extended as stated above.

IT IS SO STIPULATED.

DATED this 1st day of July, 2022.                    DATED this 1st day of July, 2022.

/s/ Margaret A. McLetchie                             /s/ Jackie V. Nichols
Margaret A. McLetchie, Bar No. 10931                  Jackie V. Nichols, Esq.
Leo S. Wolpert, Bar No. 12658                         Nevada Bar No. 14246
602 South Tenth Street                                MARQUIS AURBACH
Las Vegas, NV 89101                                   10001 Park Run Drive
(702) 728-5300                                        Las Vegas, Nevada 89145
maggie@nvlitigation.com                               *Counsel for Defendants*
*Counsel for Plaintiff Nebyou Solomon*

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED: July 7, 2022

2