**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants Las Vegas Metropolitan
   Police Department and Sheriff Joseph Lombardo

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individual; DOE OFFICERS I - III, individuals,<br><br>                    Defendants. | Case Number:<br>2:22-cv-00847-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' RESPONSE TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

The Parties, Plaintiff Nebyou Solomon ("Plaintiff"), by and through their counsel of record, Margaret A. McLetchie, Esq., Dayvid J. Figler, Esq., and Leo S. Wolpert, Esq., of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD") and Sheriff Joseph Lombardo, collectively ("LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and hereby agree and jointly stipulate the following:

1.      Plaintiff's Counsel filed their Amended Complaint on July 8, 2022 [ECF No. 10];

2.      The Parties have agreed to a 5-day extension for LVMPD Defendants' response to Plaintiff's Amended Complaint [ECF No. 10];

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-417 4786493_1 7/20/2022 2:49 PM

3.      Accordingly, the deadline for LVMPD Defendants' Answer to Plaintiff's Amended Complaint, currently due on July 22, 2022, be extended to and including Friday, July 29, 2022;

4.      This is the Parties' first request to extend the deadline to Plaintiff's Amended Complaint.

5.      This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 20th day of July, 2022                    Dated this 20th day of July, 2022

MCLETCHIE LAW                                       MARQUIS AURBACH


By:    /s/ Margaret A. McLetchie                    By:    /s/ Jackie V. Nichols
       Margaret A. McLetchie, Esq.                         Nick D. Crosby, Esq.
       Nevada Bar No. 10931                                Nevada Bar No. 8996
       Dayvid J. Figler, Esq.                              Jackie V. Nichols, Esq.
       Nevada Bar No. 4264                                 Nevada Bar No. 14246
       Leo S. Wolpert, Esq.                                10001 Park Run Drive
       Nevada Bar No. 12658                                Las Vegas, Nevada 89145
       602 South 10th Street                               Attorneys for Defendants Las Vegas
       Las Vegas, Nevada 89101                             Metropolitan Police Department and
       Attorneys for Plaintiff Nebyou Solomon              Sheriff Joseph Lombardo

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 21st day of ___July___, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

MAC:14687-417 4786493_1 7/20/2022 2:49 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' RESPONSE TO AMENDED COMPLAINT (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 20th day of July, 2022.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-417 4786493_1 7/20/2022 2:49 PM