**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
　Attorneys for Defendants Las Vegas Metropolitan
　Police Department and Sheriff Joseph Lombardo

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individual; DOE OFFICERS I - III, individuals,<br><br>　　　　　　　Defendants. | Case Number:<br>2:22-cv-00847-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' RESPONSE TO AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

　　　　The Parties, Plaintiff Nebyou Solomon ("Plaintiff"), by and through their counsel of record, Margaret A. McLetchie, Esq., Dayvid J. Figler, Esq., and Leo S. Wolpert, Esq., of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD") and Sheriff Joseph Lombardo, collectively ("LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and hereby agree and jointly stipulate the following:

　　　　1.　　Plaintiff filed his Amended Complaint on July 8, 2022 [ECF No. 10];

　　　　2.　　LVMPD Defendants' counsel had a personal emergency that arose and is unable to meet the deadline of July 29, 2022 currently scheduled for the response to Plaintiff's Amended Complaint.

　　　　3.　　The Parties have agreed to a 5-day extension for LVMPD Defendants' response to Plaintiff's Amended Complaint [ECF No. 10];

MAC:14687-417 4796300_1 7/29/2022 3:37 PM

4. Accordingly, the deadline for LVMPD Defendants' Answer to Plaintiff's Amended Complaint, currently due on July 29, 2022, be extended to and including Friday, August 5, 2022;

5. This is the Parties' second request to extend the deadline to Plaintiff's Amended Complaint.

6. This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 29th day of July, 2022  
MCLETCHIE LAW

By: /s/ Margaret A. McLetchie  
    Margaret A. McLetchie, Esq.  
    Nevada Bar No. 10931  
    Dayvid J. Figler, Esq.  
    Nevada Bar No. 4264  
    Leo S. Wolpert, Esq.  
    Nevada Bar No. 12658  
    602 South 10th Street  
    Las Vegas, Nevada 89101  
    Attorneys for Plaintiff Nebyou Solomon

Dated this 29th day of July, 2022  
MARQUIS AURBACH

By: /s/ Jackie V. Nichols  
    Nick D. Crosby, Esq.  
    Nevada Bar No. 8996  
    Jackie V. Nichols, Esq.  
    Nevada Bar No. 14246  
    10001 Park Run Drive  
    Las Vegas, Nevada 89145  
    Attorneys for Defendants Las Vegas Metropolitan Police Department and Sheriff Joseph Lombardo

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 1st day of August, 2022.

_____  
UNITED STATES MAGISTRATE JUDGE

MARQUIS AURBACH  
10001 Park Run Drive  
Las Vegas, Nevada 89145  
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-417 4796300_1 7/29/2022 3:37 PM

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' RESPONSE TO AMENDED COMPLAINT (SECOND REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 29th day of July, 2022.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:14687-417 4796300_1 7/29/2022 3:37 PM