MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Nebyou Solomon*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individual; DOE OFFICERS I – III, individuals,<br><br>Defendants. | Case. No.: 2:22-cv-00847-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO AMEND COMPLAINT OR OPPOSE DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff NEBYOU SOLOMON and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, by and through their respective counsel, hereby stipulate and request that this Court extend the deadlines for Plaintiff to file an amended complaint or response in opposition to Defendants' Motion to Dismiss (ECF No. 16) to be extended from the current deadline of August 19, 2022, by fourteen (14) days to **September 2, 2022**.

This request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon Plaintiff's counsel's schedule and the desire to promote judicial efficiency.

. . .

. . .

. . .

1

WHEREFORE, the parties respectfully request that this Court order the deadline extended as stated above.

**IT IS SO STIPULATED.**

DATED this 15th day of August, 2022                DATED this 15th date of August, 2022

MCLETCHIE LAW                                              MARQUIS AURBACH

*/s/ Margaret A. McLetchie*                                */s/ Jackie V. Nichols*
Margaret A. McLetchie, Esq. (10931)                        Jackie V. Nichols, (14246)
Leo S. Wolpert, Esq. (12658)                               10001 Park Run Drive
602 South Tenth St.                                        Las Vegas, NV 89145
Las Vegas, NV 89101                                        E-mail: jnichols@maclaw.com
*Attorneys for Plaintiffs*                                 *Attorney for Defendants*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 19, 2022

2