**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
    Attorneys for Defendants Las Vegas Metropolitan
    Police Department and Sheriff Joseph Lombardo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>           Plaintiff,<br><br>  vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, individual; DOE OFFICERS I - III, individuals,<br><br>           Defendants. | Case Number:<br>2:22-cv-00847-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

The Parties, Plaintiff Nebyou Solomon ("Plaintiff"), by and through their counsel of record, Margaret A. McLetchie, Esq. and Leo S. Wolpert, Esq., of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD") and Sheriff Joseph Lombardo, collectively ("LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and hereby agree and jointly stipulate the following:

    1.    The parties agree, due to defense counsel being out of the office and her inability to remotely access the file as a result of technical issues, to adequately respond to Plaintiff's Motion for Leave to File Second Amended Complaint [ECF No. 27], the deadline for LVMPD Defendants to file an Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint shall be extended one week, from **April 17, 2023, to April 24, 2023.**

    2.    This is the first request for an extension of this deadline.

Page 1 of 3

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3.      The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated this 17th day of April, 2023

MCLETCHIE LAW


By: ___/s/ Margaret A. McLetchie___
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    Leo S. Wolpert, Esq.
    Nevada Bar No. 12658
    602 South 10th Street
    Las Vegas, Nevada 89101
    Attorneys for Plaintiff Nebyou Solomon

Dated this 17th day of April, 2023

MARQUIS AURBACH


By: ___/s/ Jackie V. Nichols___
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Las Vegas
    Metropolitan Police Department and
    Sheriff Joseph Lombardo

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 18th day of _____April_____, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

MAC:14687-417 5059430_1 4/17/2023 4:01 PM

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that I electronically filed the foregoing **STIPULATION AND**

3  **ORDER TO EXTEND LVMPD DEFENDANTS' OPPOSITION TO PLAINTIFF'S**

4  **MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (FIRST**

5  **REQUEST)** with the Clerk of the Court for the United States District Court by using the

6  court's CM/ECF system on the 17th day of April, 2023.

7      ☒      I further certify that all participants in the case are registered CM/ECF users

8  and that service will be accomplished by the CM/ECF system.

9      ☐      I further certify that some of the participants in the case are not registered

10  CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid,

11  or have dispatched it to a third party commercial carrier for delivery within 3 calendar days

12  to the following non-CM/ECF participants:

13                    N/A

14

15      /s/ Krista Busch
                An employee of Marquis Aurbach

16

17

18

19

20

21

22

23

24

25

26

27

28

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816