MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorney for Plaintiff Nebyou Solomon*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual, | Case. No.: 2:22-cv-00847-JCM-DJA |
| Plaintiff, | |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation; JOSEPH LOMBARDO, an individual; DOE OFFICERS I-III, individuals, | **STIPULATION AND ORDER TO EXTEND PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| Defendants. | **(FIRST REQUEST)** |

The Parties, Plaintiff Nebyou Solomon, by and through his counsel of record, and Defendants, the Las Vegas Metropolitan Police Department ("LVMPD") and Sheriff Joseph Lombardo (collectively, "LVMPD Defendants"), by and through their respective counsel, (collectively, "the Parties"), hereby agree and jointly stipulate to the following:

1.  The Parties agree that the deadline for Plaintiff to file a Reply in Support of Plaintiff's Motion for Leave to File Second Amended Complaint shall be rescheduled from **May 1, 2023**, to **May 15, 2023**.

2.  Plaintiff filed his Motion for Leave to File Second Amended Complaint on April 3, 2023. (*See* ECF No. 27).

3.  Defendants filed a Stipulation and Order to Extend Defendants' Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint (first request) on April 17, 2023. (*See* ECF No. 28.)

4.     On April 18, 2023, the Court granted the Parties' Stipulation and Order to Extend Defendants' Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint (*See* ECF No. 29.)

5.     Defendants' filed their Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint on April 24, 2023. (*See* ECF No. 30).

6.     This request for an extension of time is not sought for any improper purpose or to delay. The Parties are litigating several matters together, including this matter, and as mentioned above, recently stipulated to extend the deadline for Defendants to file their Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint. (*See* ECF No. 29.) Plaintiff's counsel has also had extensive family obligations requiring counsel to assist a family member with treatment for serious medical conditions. As such, the Parties agree that due to scheduling conflicts limiting Plaintiff's counsel's ability to timely and adequately reply in support of their Motion for Leave to File Second Amended Complaint, the deadline for Plaintiffs to file their Reply shall be extended from May 1, 2023, to May 15, 2023.

7.     This is the first request for an extension of this deadline.

8.     The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

///
///
///
///
///
///
///
///
///
///

IT IS SO STIPULATED.

Dated this 28th day of April, 2023.          Dated this 28th day of April, 2023.

MCLETCHIE LAW                                MARQUIS AURBACH

By: /s/ Margaret A. McLetchie                By: /s/ Jackie V. Nichols
    Margaret A. McLetchie, Esq.                  Jackie V. Nichols, Esq.
    Nevada Bar No. 10931                         Nevada Bar No. 14246
    Leo S. Wolpert, Esq.                         10001 Park Run Drive
    Nevada Bar No. 12658                         Las Vegas, Nevada 89145
    602 South 10th Street                        *Attorneys for Defendants*
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiff*

**IT IS SO ORDERED**.

DATED: 5/1/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE