MARGARET A. MCLETCHIE, Nevada Bar No. 10931
PIETER M. O'LEARY, Nevada Bar No. 15297
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Nebyou Solomon*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual;<br><br>Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation; JOSEPH LOMBARDO, an individual; DOE OFFICERS I-III, individuals,<br><br>Defendants. | Case. No.: 2:22-cv-00847-JCM-DJA<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT ON HIS REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT (ECF NO. 27)** |

Plaintiff Nebyou Solomon ("Plaintiff"), by and through his counsel of record, hereby submits this Motion for Leave to Exceed the Page Limit on their Reply in Support of his Motion for Leave to File a Second Amended Complaint (ECF No. 27.) This Motion is based upon the attached memorandum of points and authorities, Declaration of Counsel, and all papers and pleadings on file herein.

DATED May 15, 2023      */s/ Pieter M. O'Leary*
                        MARGARET A. MCLETCHIE, Nevada Bar No. 10931
                        PIETER M. O'LEARY, Nevada Bar No. 15297
                        LEO S. WOLPERT, Nevada Bar No. 12658
                        **MCLETCHIE LAW**
                        602 South Tenth Street
                        Las Vegas, Nevada 89101
                        Telephone: (702) 728-5300; Fax: (702) 425-8220
                        Email: maggie@nvlitigation.com
                        *Attorney for Plaintiff Nebyou Solomon*

1

## MEMORANDUM OF POINTS AND AUTHORITIES

This is a 42 U.S.C. § 1983 action involving numerous federal claims stemming from the 2020 Black Lives Matter protests in Las Vegas. Plaintiff Nebyou Solomon was arrested after filming SWAT officers. Plaintiff will be filing his Reply in Support of his Motion for Leave to File a Second Amended Complaint (ECF No. 27) on May 15, 2023. The instant motion requests leave from this Court to permit Plaintiffs to exceed the 12-page limit set forth in Local Rule 7-3(b).

This is a fact-intensive matter involving sophisticated issues of constitutional magnitude. Plaintiff's Reply seeks to address each of the issues in Defendants' Opposition (ECF No. 30) to Plaintiff's Motion as well as address various cases cited by Defendants in support of their Opposition. Plaintiff's Motion (ECF No. 27) seeking to add additional LVMPD officers and various causes of action totaled five pages but due to the complexity of Plaintiff's claims, the dense and numerous factual allegations in this case, as well as the arguments raised by Defendants in their Opposition, Plaintiff respectfully requests leave to file a Reply of 20 pages in length, but exclusive of exhibits, table of authorities, and table of contents. Plaintiff has endeavored to be concise and well-organized in his Reply to Defendants' Opposition, but fears adhering to the page limit will prevent him from completely addressing Defendants' numerous arguments. Therefore, for good cause, this Court should permit Plaintiff to submit a Reply in excess of the page limit set forth in Local Rule 7-3.

Dated this 15th day of May, 2023.

*/s/ Pieter M. O'Leary*
MARGARET A. MCLETCHIE, Nevada Bar No. 10931
PIETER M. O'LEARY, Nevada Bar No. 15297
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorney for Plaintiff Nebyou Solomon*

### DECLARATION OF N. PIETER M. O'LEARY IN SUPPORT OF MOTION TO EXCEED THE PAGE LIMIT PURSUANT TO LR7-3

I, Pieter M. O'Leary, Esq., declares as follows:

1. I am over the age of 18 years and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

2. I am the attorney of record for Plaintiff in Case No. 2:22-cv-00847-JCM-DJA and make this Declaration pursuant to LR 7-3.

3. Plaintiff timely filed his Motion for Leave to File a Second Amended Complaint on March 21, 2023 (ECF No. 25.) The Court denied Plaintiff's Motion without prejudice on March 22, 2023 (ECF No. 26.) Plaintiff refiled his Motion for Leave to File a Second Amended Complaint on April 3, 2023 (ECF No. 27.) Defendants filed their Opposition on April 24, 2023 (ECF No. 30.)  Plaintiff's Motion (ECF No. 27) comprised approximately five pages.

4. The Court granted the Parties' Stipulation to Extend LVMPD Defendants' Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint (First Request) on April 18, 2023 (ECF No. 29) and the Parties Stipulation to Extend Plaintiff's Reply in Support of Motion for Leave to File Second Amended Complaint on May 1, 2023 (ECF No. 32.)

5. Plaintiff's Reply is currently due on or before May 15, 2023.

6. In order to properly address Defendants' 21-page Opposition (ECF No. 30) and arguments and case law cited therein, Plaintiff must exceed the 12 page-limit required by LR 7-3(b).

7. As such, Plaintiff requests that he be permitted to file his Reply in Support of his Motion for Leave to File Second Amended Complaint constituting 20 pages exclusive of exhibits, Table of Authorities, and Table of Contents.

/ / /

Pursuant to NRS § 53.045, I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 15th day of May, 2023.

*/s/ Pieter M. O'Leary*
MARGARET A. MCLETCHIE, Nevada Bar No. 10931
PIETER M. O'LEARY, Nevada Bar No. 15297
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorney for Plaintiff Nebyou Solomon*

**IT IS SO ORDERED**.

DATED: May 16, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4