**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants Las Vegas Metropolitan
   Police Department and Sheriff Joseph Lombardo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation; SHERIFF JOSEPH LOMBARDO, an individual; TOM JENKINS, an individual; BENJAMEN COBB, an individual; MICHAEL GRACA, an individual; WILLIAM VAN CLEEF, an individual; DOE OFFICERS V-X, individuals,<br><br>Defendants. | Case Number:<br>2:22-cv-00847-JCM-DJA<br><br>**ORDER FOR LVMPD DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT [ECF NO. 49]**<br><br>**(SECOND REQUEST)** |

The Parties, Plaintiff Nebyou Solomon ("Plaintiff"), by and through their counsel of record, Margaret A. McLetchie, Esq. and Leo S. Wolpert, Esq., of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD") and Sheriff Joseph Lombardo, collectively ("LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and hereby agree and jointly stipulate the following:

1. The Parties hereby agree and stipulate to that the LVMPD Defendants shall have an additional seven (7) days to file their Response to Plaintiff's Second Amended Complaint [ECF No. 49].

MAC:14687-417 5406859_1 3/8/2024 1:12 PM

2. The current Response deadline is March 6, 2024 and the requested extension would make the new deadline be March 13, 2024.

3. Specifically, an extension is necessary because counsel for LVMPD and Sheriff Joseph Lombardo was in a three-week trial in the Eighth Judicial District Court, Clark County Nevada, before the honorable Judge Jacob Reynolds from February 20, 2024 to March 6, 2024 in the *James M. Herndon v. City of Henderson,* et al. matter (A-21-842739-C).

4. This is the second stipulation for an extension of time in this matter.

5. This request is made in good faith and is not sought any improper purpose or for the purpose of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 8th day of March, 2024 | Dated this 8th day of March, 2024 |
| MCLETCHIE LAW | MARQUIS AURBACH |
| By:   /s/ N. Pieter O' Leary   | By:   /s/ Jackie V. Nichols   |
| Margaret A. McLetchie, Esq.<br>Nevada Bar No. 10931<br>N. Pieter O'Leary, Esq.<br>Nevada Bar No. 15297<br>Leo S. Wolpert, Esq.<br>Nevada Bar No. 12658<br>602 South 10th Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff Nebyou Solomon | Nick D. Crosby, Esq.<br>Nevada Bar No. 8996<br>Jackie V. Nichols, Esq.<br>Nevada Bar No. 14246<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendants Las Vegas Metropolitan Police Department and Sheriff Joseph Lombardo |

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 11, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER FOR LVMPD DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT [ECF NO. 49] (SECOND REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 8th day of March, 2024.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:14687-417 5406859_1 3/8/2024 1:12 PM