**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan Police
  Department, Sheriff Joseph Lombardo, Officer Tom Jenkins,
  Officer Benjamen Cobb, Officer Michael Graca, and Sgt.
  William Van Cleef

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation; SHERIFF JOSEPH LOMBARDO, an individual; TOM JENKINS, an individual; BENJAMEN COBB, an individual; MICHAEL GRACA, an individual; WILLIAM VAN CLEEF, an individual; DOE OFFICERS V-X, individuals,<br><br>　　　　　　Defendants. | Case Number:<br>2:22-cv-00847-JCM-DJA<br><br>**LVMPD DEFENDANTS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

Defendants Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo, Officer Tom Jenkins, Officer Benjamen Cobb, Officer Michael Graca, and Sgt. William Van Cleef ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach, respectfully request attorney Jacqueline V. Nichols, Esq. be removed from the CM/ECF service list for the above-captioned matter.  Ms. Nichols is no longer with the law firm of

/ / /

/ / /

/ / /

MAC:14687-417 5565927_1 8/6/2024 1:32 PM

Marquis Aurbach and therefore request the email addresses of jnichols@maclaw.com and kbusch@maclaw.com be removed from the service list.

Dated this 6th day of August, 2024.

MARQUIS AURBACH

By: *s/Nick D. Crosby*
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Las Vegas
    Metropolitan Police Department, Sheriff
    Joseph Lombardo, Officer Tom Jenkins,
    Officer Benjamen Cobb, Officer Michael
    Graca, and Sgt. William Van Cleef

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **LVMPD DEFENDANTS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 6th day of August, 2024.

☒  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒  I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: N/A

*s/Sherri Mong*
An employee of Marquis Aurbach

**IT IS SO ORDERED.**

**DATED: 8/7/2024**

_____
**Daniel J. Albregts**
**United States Magistrate Judge**

MAC:14687-417 5565927_1 8/6/2024 1:32 PM