MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LISA A. RASMUSSEN, Nevada Bar No. 7491
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth St.
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Nebyou Solomon*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

NEBYOU SOLOMON, an individual,

               Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, a municipal corporation;
SHERIFF JOSEPH LOMBARDO, an
individual; TOM JENKINS, an individual;
BENJAMEN COBB, an individual;
MICHAEL GRACA, an individual;
WILLIAM VAN CLEEF, an individual;
DOE OFFICERS V-X, individuals
               Defendants.

**Case No.:** 2:22-cv-00847-JCM-DJA

**STIPULATION AND ORDER TO
EXTEND DISCOVERY PLAN AND
SCHEDULING ORDER DEADLINES**

**(NINTH REQUEST)**

       Plaintiff Nebyou Solomon ("Plaintiff"), by and through his counsel of record,
Margaret A. McLetchie, Esq., Lisa A. Rasmussen, Esq., and Leo S. Wolpert, Esq., of
McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department (the
"Department" or "LVMPD"), Sheriff Joseph Lombardo, Officer Tom Jenkins, Officer
Benjamen Cobb, Officer Michael Graca, and Officer William Van Cleef, collectively
("LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq. of
Marquis Aurbach, hereby stipulate and agree to extend the Discovery Plan and Scheduling
Order deadlines as set forth below.

1

## I.    STATUS OF DISCOVERY

### A.    PLAINTIFF'S DISCOVERY

1.      Plaintiff Nebyou Solomon's Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P 26 dated August 19, 2022.

2.      Plaintiff Nebyou Solomon's Interrogatories to Defendant LVMPD - Set One dated November 1, 2022.

3.      Plaintiff Nebyou Solomon's Requests for Production of Documents to Defendant LVMPD - Set One dated November 1, 2022.

4.      Plaintiff Nebyou Solomon's First Supplemental Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated January 3, 2023.

5.      Plaintiff Nebyou Solomon's Requests for Production to Defendant LVMPD - Set Two dated May 16, 2023.

6.      Plaintiff Nebyou Solomon's Interrogatories to LVMPD – Set Two dated March 15, 2024.

7.      Plaintiff's Responses to Defendant LVMPD's First Set of Interrogatories dated October 1, 2024.

8.      Plaintiff's Responses to Defendant LVMPD's First Set of Requests for Production of Documents dated October 1, 2024.

9.      Plaintiff Nebyou Solomon's Requests for Production to Defendant LVMPD – Set Three dated February 14, 2025.

10.     Plaintiff Nebyou Solomon's Requests for Production to Defendant Benjamen Cobb – Set One - dated March 21, 2025.

11.     Plaintiff Nebyou Solomon's Requests for Production to Defendant Michael Graca – Set One - dated March 21, 2025.

12.     Plaintiff Nebyou Solomon's Requests for Production to Defendant Tom Jenkins – Set One dated March 21, 2025.

13.     Plaintiff Nebyou Solomon's Requests for Production to Defendant William Van Fleet – Set One dated March 21, 2025.

MAC: 14687-417 (#6085317.1)

14.     Plaintiff Nebyou Solomon's Requests for Production to Defendant LVMPD – Set Four dated March 21, 2025.

15.     Plaintiff Nebyou Solomon's Interrogatories to Defendant Las Vegas Metropolitan Police Department – Set Three dated March 21, 2025.

16.     Deposition of Defendant LVMPD SWAT Officer Benjamen Cobb taken June 16, 2025.

17.     Plaintiff Nebyou Solomon's Second Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated June 18, 2025.

18.     Deposition of Defendant LVMPD Officer William Van Cleef taken June 20, 2025.

19.     Plaintiff Nebyou Solomon's Requests for Production to Defendant Las Vegas Metropolitan Police Department – Set Five dated June 27, 2025.

20.     Plaintiff Nebyou Solomon's Third Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated July 11, 2025.[1]

21.     Plaintiff Nebyou Solomon's Fourth Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated July 14, 2025.

22.     Plaintiff Nebyou Solomon's Requests for Production to Defendant LVMPD – Set Six dated July 24, 2025.

23.     Plaintiff Nebyou Solomon's Interrogatories to Defendant Las Vegas Metropolitan Police Department – Set Four dated July 24, 2025.

24.     **Deposition of Defendant LVMPD SWAT Officer Tom Jenkins taken August 8, 2025.**

25.     **Deposition of Defendant LVMPD Officer Michael Graca taken September 8, 2025.**

26.     **Deposition of Defendant LVMPD Officer Kevin Kolkoski taken September 11, 2025.**

---

[1] Of relevance to the reasons set forth below, Plaintiff produced materials from the related cases discussed below (*see* **Section III**),

3

MAC: 14687-417 (#6085317.1)

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) (702)425-8220 (F)
WWW.NVLITIGATION.COM

27.     **Plaintiff Nebyou Solomon's Requests for Production to Defendant Las Vegas Metropolitan Police Department – Set Seven dated September 12, 2025.**

28.     **Deposition of LVMPD Officer Melanie O'Daniel, taken September 29, 2025.**

29.     **Plaintiff Nebyou Solomon's Interrogatories to Defendant Tom Jenkins – Set One dated October 13, 2025.**

30.     **Deposition Notice and Subpoena for October 21, 2025, deposition of LVMPD Officer Sgt. Seth Meyer.**

31.     **Deposition Notice and Subpoena for October 30, 2025, deposition of LVMPD Officer John Leon.**

32.     **Deposition Notice for Fed. R. Civ. P. 30(b)(6) – previously set for August 19, 2025. Consolidated deposition to be reset to November 5 and 6, 2025, as discussed below.**

B.     **DEFENDANTS' DISCOVERY**

1.     LVMPD Defendants' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 19, 2022.

2.     Defendant LVMPD's Answers to Plaintiff Nebyou Solomon's Interrogatories - Set One dated December 5, 2022.

3.     Defendant LVMPD's Responses to Plaintiff Nebyou Solomon's Requests for Production of Documents - Set One dated December 5, 2022.

4.     LVMPD Defendants' First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated December 5, 2022.

5.     LVMPD Defendants' Second Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 17, 2023.

6.     Defendant LVMPD's Responses to Plaintiff Nebyou Solomon's Requests for Production of Documents - Set Two dated July 17, 2023.

7.     Defendant LVMPD's Answers to Plaintiff Nebyou Solomon's Interrogatories - Set Two dated April 17, 2024.

4

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) (702)425-8220 (F)
WWW.NVLITIGATION.COM

8.      LVMPD Defendants' First Set of Interrogatories to Plaintiff Nebyou Solomon dated July 1, 2024.

9.      LVMPD Defendants' First Set of Request for Production of Documents to Plaintiff Nebyou Solomon dated July 1, 2024.

10.     LVMPD Defendants' Third Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated May 5, 2025.

11.     Defendant Benjamen Cobb's Responses to Plaintiff's First Set of Requests for Production of Documents dated May 5, 2025.

12.     Defendant Michael Graca's Responses to Plaintiff's First Set of Requests for Production of Documents dated May 5, 2025.

13.     Defendant Tom Jenkins's Responses to Plaintiff's First Set of Requests for Production of Documents dated May 5, 2025.

14.     Defendant William Van Cleef's Responses to Plaintiff's First Set of Requests for Production of Documents dated May 5, 2025.

15.     Defendant LVMPD's Answers to Plaintiff Nebyou Solomon's Third Set of Interrogatories dated May 5, 2025.

16.     Defendant LVMPD's Responses to Plaintiff's Fourth Set of Requests for Production of Documents dated May 5, 2025.

17.     Defendant LVMPD's Responses to Plaintiff's Third Set of Requests for Production of Documents dated May 5, 2025.

18.     LVMPD Defendants' Fourth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated June 19, 2025.

19.     LVMPD Defendants' Fifth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated June 20, 2025.

20.     Defendant LVMPD's Responses to Plaintiff's Fifth Set of Requests for Production of Documents dated July 28, 2025.

21.     **Defendant Las Vegas Metropolitan Police Department's Responses to Plaintiff's Sixth Set of Requests for Production of Documents dated August 25, 2025.**

MAC: 14687-417 (#6085317.1)

22.     **LVMPD Defendants' Sixth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated October 16, 2025.**

23.     **Additionally, LVMPD's outstanding responses to Plaintiffs' written discovery are due as follows:**

> a) **Defendant LVMPD's response to Plaintiff Nebyou Solomon's Requests for Production to Defendant Las Vegas Metropolitan Police Department – Set Seven dated September 12, 2025.**
>
> b) **Defendant Tom Jenkins Plaintiff Nebyou Solomon's Interrogatories to Defendant Tom Jenkins – Set One dated October 13, 2025.**

24.     **Additionally, LVMPD has Noticed Plaintiff Nebyou Solomon's Deposition for October 29, 2025.**

## II.    DISCOVERY THAT REMAINS TO BE COMPLETED

The Parties are actively conducting discovery. The Parties are working on resolving written discovery issues and planning the remaining depositions. However, for the reasons explained below (**Section III**), the Parties will need additional time to complete written discovery, respond to written discovery and conduct additional depositions.

## III.   SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY

Pursuant to Local Rule 26-3, the Parties submit that good cause exists for the extension requested. This is the ninth request for an extension of discovery deadlines in this matter. The Parties acknowledge that, pursuant to Local Rule 26-3, a stipulation to extend a deadline set forth in a discovery plan must be submitted to the Court no later than 21 days before the expiration of the subject deadline, and that a request made within 21 days must be supported by a showing of good cause. All of the deadlines the Parties are requesting to be extended expire inside of the 21-day window, and good cause exists for extending the current deadlines (*see* ECF No. 83) as set forth below. The current discovery cutoff date is October 16, 2025.

MAC: 14687-417 (#6085317.1)

The Parties have been diligently conducting discovery and continue to conduct discovery, but recent developments support the requested extension and promote judicial economy.

Specifically, for cost-saving and efficiency purposes, the parties in this matter and two related matters have agreed that the dispositive motion deadline in this case should be clustered with the dispositive motion deadlines in two cases involving overlapping policy issues. These two cases are *Downes-Covington, et al. v. LVMPD, et al.*, Case No. 2:20-cv-01790-CDS-DJA (the "*Downes-Covington*" case) and *Rogers et al. v. LVMPD, et al.*, Case No. 2:22-cv-00867-CDS-DJA (the "*Rogers*" case).

While *Downes-Covington*, *Rogers*, and this case differ factually in some respects relevant to each plaintiff, the cases each stem from the widespread protests following George Floyd's death in 2020 and the police response to those protests. Many of the overarching policy, practice, and custom issues in these three cases are similar, and as such the *Monell* arguments in each case will likely substantially overlap.

Clustering the dispositive motion deadline here with those in *Downes-Covington* and *Rogers* and consolidating the Fed. Rev. Civ. P. 30(b)(6) depositions in this case and the *Rogers* case will simplify the issues and streamline the judicial process for the Parties by permitting the Parties to draft dispositive motions in each case simultaneously. It will also reduce the burden on and promote judicial efficiency in the courts.[2]

Additionally, because of the overlap of policy, practice, and customs issues, the parties have also agreed to consolidate the deposition of LVMPD's Fed. Rev. Civ. P. 30(b)(6) designee(s) in this case and the *Rogers* Case which will result in greater efficiency, ease of witness scheduling, and lower costs in effectuating the 30(b)(6) depositions in all three of

---

[2] On July 31, 2025, the Court in *Downes-Covington* approved the new dispositive motions deadline of Friday, October 17, 2025 (Case No. 2:20-cv-01790-CDS-DJA, ECF No. 208), and which the Parties noted at that time may need to be further extended to coordinate with this case and the *Rogers* Case (*id.* p. 3:12-15 (¶ 10)). On October 14, 2025, the Parties submitted a proposed stipulation and order which seeks to extend the dispositive motions deadline in *Downes-Covington* to Monday, December 22, 2025 which is pending before the Court (Case No. 2:20-cv-01790-CDS-DJA, ECF No. 209).

7

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) (702)425-8220 (F)
WWW.NVLITIGATION.COM

the cases. As a result, extra time is needed due to fact that LVMPD's planned Fed. Rev. Civ. P. 30(b)(6) designee for this case and the *Rogers* case[3] recently left LVMPD and, thus, counsel for the Defendants had to identify and prepare a new designee. The combined deposition of LVMPD's designee in this case and in the *Rogers* case is currently set for November 5 and 6, 2025.

Further, at the June 16, 2025, deposition of defendant Benjamen Cobb herein, Plaintiff learned that LVMPD SWAT supervisor Melanie O'Daniel carried out a presentation to LVMPD SWAT addressing some of the force used by LVMPD SWAT in general and Officer Cobb in particular during the BLM protests, which were taking place during the time of the incidents set forth in Plaintiff's complaint herein. During Officer Cobb's deposition, Plaintiff believes issues arose concerning preservation of evidence. Thereafter, Plaintiff issued requests for production and interrogatories relating to evidence preservation and Melanie O'Daniel's SWAT presentation, and also noticed LVMPD of the depositions of O'Daniel and another former SWAT supervisor, John Leon. Melanie O'Daniel was deposed on September 29, 2025, and her deposition confirmed the relevance of testimony from John Leon. Plaintiff encountered difficulty serving Leon and scheduling his deposition, as he is no longer employed by LVMPD, and lives out of state in Texas. Plaintiff has managed to locate Leon, and has noticed his deposition for October 30, 2025.

On August 8, 2025, Plaintiff deposed Defendant Tom Jenkins. Due to health reasons, his deposition had to be taken remotely, and technical problems prevented the review of video footage during the deposition wherein Jenkins was to identify portions of the footage that relate to Plaintiff's claims. Moreover, Jenkins' testimony raised questions about LVMPD policy concerning preparation of Declaration of Arrest reports that are relevant to Plaintiff's claims. As a result, Plaintiff issued requests for production to LVMPD on September 12, 2025, to address the arrest report issues raised by Jenkins, and the Parties

---

[3] This designee was also the designee in the *Downes-Covington* Case.

MAC: 14687-417 (#6085317.1)

agreed that the video footage issues could be resolved by way of interrogatories to Jenkins, which were served on October 13, 2025.

On September 11, 2025, Plaintiffs deposed LVMPD Officer Kevin Kolkoski, who both confirmed his role in the arrest of Plaintiff, but also implicated his supervisor, Sgt. Seth Meyer, as being involved in and directing the arrest of Plaintiff. Plaintiff has noticed the deposition of Meyer for October 21, 2025, to address Officer Meyer's involvement in the case and Plaintiff's claims.

Additionally, the Plaintiff is in the process of supplementing his disclosures to provide raw video footage of the incident, which was not originally included in the Plaintiff's disclosures or responses to discovery.

Finally, Defendants need to depose Plaintiff, and the Parties are in the process of scheduling his deposition, which has been complicated by the extensive deposition schedule in recent months in this case and in *Rogers*. Currently, Plaintiff's deposition has been noticed for October 29, 2025.

Accordingly, an extension of the current discovery cut-off date is necessary to take these depositions of John Leon, Seth Meyer, and Plaintiff, carry out any additional discovery that may be necessitated by these depositions, and evaluate the pending discovery to LVMPD and Jenkins once it is produced, as well as that of the Plaintiff.

The Parties contend that an extension of discovery deadlines enables them to continue to conduct necessary discovery so that this matter is fairly resolved. It will also beneficially harmonize the dispositive motion briefing and LVMPD's 30(b)(6) witness depositions in this case and the two related cases in a way that promotes judicial economy. The Parties together request this extension in good faith, for good cause, and to further the resolution of this civil rights case on the merits, and not for any purpose of delay. "Good cause to extend a discovery deadline exists 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Derosa v. Blood Sys., Inc.,* No. 2:13-cv-0137-JCM-NJK, 2013 U.S. Dist. LEXIS 108235, 2013 WL 3975764, at 1 (D. Nev. Aug. 1, 2013) (*quoting Johnson v. Mammoth Recreations*, Inc., 975 F.2d 604, 609 (9th Cir. 1992)); *see also*

9

MAC: 14687-417 (#6085317.1)

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) (702)425-8220 (F)
WWW.NVLITIGATION.COM

Fed. R. Civ. P. 1 (providing that the Rules of Civil Procedure "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding"). As the procedural history of this case illustrates, the Parties have been diligent in litigating this matter.

For all these reasons, the Parties contend that the standards to extend all deadlines are satisfied here.

## IV.    SCHEDULE FOR REMAINING DEADLINES

For the reasons set forth above, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended as set forth above so that they may complete discovery, work together to resolve discovery disputes if possible, conduct depositions, harmonize briefing across this case, *Rogers*, and *Downes-Covington*, save resources via a consolidated Fed. Ev. Civ. P. 30(b)(6) deposition (with the *Rogers* case) and efficiently litigate the case based on the merits.

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Amend Pleadings and Add Parties | ~~March 21, 2023~~ | **Past Due/Unchanged** |
| Initial Expert Disclosures | ~~August 6, 2024~~ | **Past Due/Unchanged** |
| Rebuttal Expert Disclosures | ~~December 5, 2024~~ | **Past Due/Unchanged** |
| Discovery Cut-Off | October 16, 2025 | **December 1, 2025**[4] |
| Dispositive Motions | November 14, 2025 | **January 8, 2026**[5] |

---

[4] Forty-five days from the previous October 16, 2025, deadline is Sunday, November 30, 2025, a non-judicial day. The next judicial day is Monday, December 1, 2025.

[5] Forty-five days from the previous November 14, 2025, deadline is Tuesday, December 30, 2025. The Parties are requesting this January 8, 2025, deadline to allow more time after the proposed dispositive motions deadline in *Downes-Covington* of December 22, 2025, and the intervening Christmas and New Years holidays. This will also fit with the proposed staggered dispositive motions briefing for the *Rogers* case, which is anticipated will be extended from its current November 26, 2025, date to the third or fourth week of January, 2026 (*see* Case No. 2:22-cv-00867-CDS-DJA, ECF No. 105 (minutes)).

MAC: 14687-417 (#6085317.1)

| Pretrial Order | December 26, 2025 | **February 9, 2026**[6] (If dispositive motions are filed, the deadline shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.) |
|---|---|---|

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended by approximately forty-five (45) days so that the parties may conduct additional discovery and depositions.

The Parties respectfully submit this request in good faith and not for any improper purpose or to delay.

Dated this 16th day of October, 2025.

**MCLETCHIE LAW**

By: */s/ Leo S. Wolpert*
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    Leo S. Wolpert, Esq.
    Nevada Bar No. 12658
    602 South 10th Street
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiff Nebyou Solomon*

Dated this 16th day of October, 2025.

**MARQUIS AURBACH**

By: */s/ Nick D. Crosby*
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorney for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _10/17/2025_____

---

[6] Thirty days from the proposed dispositive motions deadline of January 8, 2026, is Saturday February 7, 2026, a non-judicial day. *See* LR 26-1(b)(5). The next judicial day is Monday, February 9, 2026.

11

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) (702)425-8220 (F)
WWW.NVLITIGATION.COM