**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
   Attorneys for Defendants LVMPD, Sheriff Lombardo,
   Ofc. Cobb, Ofc. Graca and Sgt. Van Cleef

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation; SHERIFF JOSEPH LOMBARDO, an individual; TOM JENKINS, an individual; BENJAMEN COBB, an individual; MICHAEL GRACA, an individual; WILLIAM VAN CLEEF, an individual; DOE OFFICERS V-X, individuals,<br><br>Defendants. | Case Number:<br>2:22-cv-00847-JCM-DJA<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE THEIR OPPOSITION TO MOTION TO EXTEND AMENDMENT DEADLINE (_SECOND_ REQUEST)** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Sheriff Joseph Lombardo, Sgt. Tom Jenkins, Ofc. Benjamen Cobb, Ofc. Michael Graca and Sgt. William Van Cleef ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach and Plaintiff Nebyou Solomon ("Plaintiff"), by and through his counsel of record, McLetchie Law, hereby stipulate and agree to extend the deadline for the LVMPD Defendants to file their Opposition to Plaintiff's Motion to Extend Amendment Deadline (ECF No. 89) from February 2, 2026 to February 4, 2026.

1. Plaintiff filed his Motion to Extend Amendment Deadline on January 19, 2026 (ECF No. 89).

2. The LVMPD Defendants' Opposition to Plaintiff's Motion is due February 2, 2026.

Page 1 of 2

MAC: 14687-417 (#6242706.1)

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3.      Counsel communicated and stipulated the LVMPD Defendants' deadline to file their Opposition be extended from February 2, 2026 to February 4, 2026.

4.      The reason for the requested extension was due to the fact Defendants' counsel had an investigative brief to complete by February 3, 2026, which took substantially more time to complete than Defendants' counsel anticipated. Additionally, Defendants' counsel was preparing for a mediation scheduled for February 4, 2026.

5.      The Parties submitted their First Stipulation to Extend on February 2, 2026 (ECF No. 92), but the Court denied the Stipulation without prejudice because the Parties failed to provide a reason for the requested extension.

6.      The Parties now submit this Second Request to include the aforementioned reasons for the requested extension.

7.      This Stipulation is being entered in good faith and not for purposes of delay.

Dated this 4th day of February, 2026.          Dated this 4th day of February, 2026.

MCLETCHIE LAW                                 MARQUIS AURBACH

By: */s/ Margaret A. McLetchie*               By: */s/ Nick D. Crosby*
    Margaret A. McLetchie, Esq.                    Nick D. Crosby, Esq.
    Nevada Bar No. 10931                           Nevada Bar No. 8996
    Leo S. Wolpert, Esq.                           10001 Park Run Drive
    Nevada Bar No. 12658                           Las Vegas, Nevada 89145
    602 South 10th Street                          *Attorney for Defendants*
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiff*

         IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED:   2/4/2026

Page 2 of 2