MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LISA A. RASMUSSEN, Nevada Bar No. 7491
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth St.
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Nebyou Solomon*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation; SHERIFF JOSEPH LOMBARDO, an individual; TOM JENKINS, an individual; BENJAMEN COBB, an individual; MICHAEL GRACA, an individual; WILLIAM VAN CLEEF, an individual; DOE OFFICERS V-X, individuals<br>Defendants. | **Case No.:** 2:22-cv-00847-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES**<br><br>**(ELEVENTH REQUEST)** |

Plaintiff Nebyou Solomon ("Plaintiff"), by and through his counsel of record, Margaret A. McLetchie, Esq., Lisa A. Rasmussen, Esq., and Leo S. Wolpert, Esq., of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Sheriff Joseph Lombardo, Officer Tom Jenkins, Officer Benjamen Cobb, Officer Michael Graca, and Officer William Van Cleef, collectively ("LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq. of Marquis Aurbach, hereby stipulate and agree to extend the Discovery Plan and Scheduling Order deadlines as set forth below.

1

## I.    STATUS OF DISCOVERY

### A.    PLAINTIFF'S DISCOVERY[1]

1.    Plaintiff Nebyou Solomon's Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P 26 dated August 19, 2022.

2.    Plaintiff Nebyou Solomon's Interrogatories to Defendant LVMPD - Set One dated November 1, 2022.

3.    Plaintiff Nebyou Solomon's Requests for Production of Documents to Defendant LVMPD - Set One dated November 1, 2022.

4.    Plaintiff Nebyou Solomon's First Supplemental Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated January 3, 2023.

5.    Plaintiff Nebyou Solomon's Requests for Production to Defendant LVMPD - Set Two dated May 16, 2023.

6.    Plaintiff Nebyou Solomon's Interrogatories to LVMPD – Set Two dated March 15, 2024.

7.    Plaintiff's Responses to Defendant LVMPD's First Set of Interrogatories dated October 1, 2024.

8.    Plaintiff's Responses to Defendant LVMPD's First Set of Requests for Production of Documents dated October 1, 2024.

9.    Plaintiff Nebyou Solomon's Requests for Production to Defendant LVMPD – Set Three dated February 14, 2025.

10.    Plaintiff Nebyou Solomon's Requests for Production to Defendant Benjamen Cobb – Set One - dated March 21, 2025.

11.    Plaintiff Nebyou Solomon's Requests for Production to Defendant Michael Graca – Set One - dated March 21, 2025.

12.    Plaintiff Nebyou Solomon's Requests for Production to Defendant Tom Jenkins – Set One dated March 21, 2025.

---

[1] Additions to the prior work completed listed in ECF No. 85 appear in **bolded font.**

2

13.    Plaintiff Nebyou Solomon's Requests for Production to Defendant William Van Fleet – Set One dated March 21, 2025.

14.    Plaintiff Nebyou Solomon's Requests for Production to Defendant LVMPD – Set Four dated March 21, 2025.

15.    Plaintiff Nebyou Solomon's Interrogatories to Defendant Las Vegas Metropolitan Police Department – Set Three dated March 21, 2025.

16.    Deposition of Defendant LVMPD SWAT Officer Benjamen Cobb taken June 16, 2025.

17.    Plaintiff Nebyou Solomon's Second Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated June 18, 2025.

18.    Deposition of Defendant LVMPD Officer William Van Cleef taken June 20, 2025.

19.    Plaintiff Nebyou Solomon's Requests for Production to Defendant Las Vegas Metropolitan Police Department – Set Five dated June 27, 2025.

20.    Plaintiff Nebyou Solomon's Third Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated July 11, 2025.

21.    Plaintiff Nebyou Solomon's Fourth Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated July 14, 2025.

22.    Plaintiff Nebyou Solomon's Requests for Production to Defendant LVMPD – Set Six dated July 24, 2025.

23.    Plaintiff Nebyou Solomon's Interrogatories to Defendant Las Vegas Metropolitan Police Department – Set Four dated July 24, 2025.

24.    Deposition of Defendant LVMPD SWAT Officer Tom Jenkins taken August 8, 2025.

25.    Deposition of Defendant LVMPD Officer Michael Graca taken September 8, 2025.

26.    Deposition of Defendant LVMPD Officer Kevin Kolkoski taken September 11, 2025.

3

27.     Plaintiff Nebyou Solomon's Requests for Production to Defendant Las Vegas Metropolitan Police Department – Set Seven dated September 12, 2025.

28.     Deposition of LVMPD Officer Melanie O'Daniel, taken September 29, 2025.

29.     Plaintiff Nebyou Solomon's Interrogatories to Defendant Tom Jenkins – Set One dated October 13, 2025.

30.     Deposition of LVMPD Officer Seth Meyer, taken October 21, 2025.

31.     Plaintiff Nebyou Solomon's Fifth Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated October 28, 2025.

32.     Combined Notice of Taking Deposition of Fed. R. Civ. P. 30(b)(6) Designee(s) of Las Vegas Metropolitan Police Department in the instant case and in *Rogers, et al. v. LVMPD et al.*, Case No. 2:22-cv-00867-CDS-BNW dated October 28, 2025.[2] Consolidated deposition set for November 5 and 6, 2025, to be reset for December 8, 2025, December 16, 2025as discussed below.

33.     Deposition of former LVMPD Officer John Leon, taken October 30, 2025.

34.     **Plaintiff Nebyou Solomon's Sixth Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated January 29, 2026**.

B.     <u>DEFENDANTS' DISCOVERY</u>

1.     LVMPD Defendants' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 19, 2022.

2.     Defendant LVMPD's Answers to Plaintiff Nebyou Solomon's Interrogatories - Set One dated December 5, 2022.

3.     Defendant LVMPD's Responses to Plaintiff Nebyou Solomon's Requests for Production of Documents - Set One dated December 5, 2022.

4.     LVMPD Defendants' First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated December 5, 2022.

---

[2] As discussed below and in ECF No. 87, this deposition will be consolidated with the *Rogers* case.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

5.      LVMPD Defendants' Second Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 17, 2023.

6.      Defendant LVMPD's Responses to Plaintiff Nebyou Solomon's Requests for Production of Documents - Set Two dated July 17, 2023.

7.      Defendant LVMPD's Answers to Plaintiff Nebyou Solomon's Interrogatories - Set Two dated April 17, 2024.

8.      LVMPD Defendants' First Set of Interrogatories to Plaintiff Nebyou Solomon dated July 1, 2024.

9.      LVMPD Defendants' First Set of Request for Production of Documents to Plaintiff Nebyou Solomon dated July 1, 2024.

10.     LVMPD Defendants' Third Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated May 5, 2025.

11.     Defendant Benjamen Cobb's Responses to Plaintiff's First Set of Requests for Production of Documents dated May 5, 2025.

12.     Defendant Michael Graca's Responses to Plaintiff's First Set of Requests for Production of Documents dated May 5, 2025.

13.     Defendant Tom Jenkins's Responses to Plaintiff's First Set of Requests for Production of Documents dated May 5, 2025.

14.     Defendant William Van Cleef's Responses to Plaintiff's First Set of Requests for Production of Documents dated May 5, 2025.

15.     Defendant LVMPD's Answers to Plaintiff Nebyou Solomon's Third Set of Interrogatories dated May 5, 2025.

16.     Defendant LVMPD's Responses to Plaintiff's Fourth Set of Requests for Production of Documents dated May 5, 2025.

17.     Defendant LVMPD's Responses to Plaintiff's Third Set of Requests for Production of Documents dated May 5, 2025.

18.     LVMPD Defendants' Fourth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated June 19, 2025.

19. LVMPD Defendants' Fifth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated June 20, 2025.

20. Defendant LVMPD's Responses to Plaintiff's Fifth Set of Requests for Production of Documents dated July 28, 2025.

21. Defendant Las Vegas Metropolitan Police Department's Responses to Plaintiff's Sixth Set of Requests for Production of Documents dated August 25, 2025.

22. LVMPD Defendants' Sixth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated October 16, 2025.

23. Defendant Las Vegas Metropolitan Police Department's Responses to Plaintiff's Seventh Set of Requests for Production dated October 21, 2025.

24. Deposition of Plaintiff Nebyou Solomon, taken October 29, 2025.

## II. DISCOVERY THAT REMAINS TO BE COMPLETED

The Parties are actively working to complete discovery. Besides revolving any outstanding meet and confer issues, the Parties have very few tasks remaining: the combined FRCP 30(b)(6) deposition. Due to unanticipated issues, the parties have been working together to resolve disputes concerning and to reschedule the Fed. Rev. Civ. P. 30(b)(6) deposition. They are also still, on an ongoing basis, working together if at all possible to address any written discovery needs and issues that remain and have been working very hard and well together, communicating routinely, to complete discovery. The following written discovery also remains to be completed.[3]

Defendants still have the following discovery responses due:

- Defendant LVMPD's responses to Plaintiff's July 24, 2025, Set of Interrogatories – Set Four; and
- Defendant Tom Jenkins' responses to Plaintiff's October 13, 2025, Interrogatories to Defendant Tom Jenkins – Set One.

---

[3] The parties have, after extensive meet and confer efforts, already resolved a number of issues.

### III.  SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY

Pursuant to Local Rule 26-3, the Parties submit that good cause exists for the extension requested. This is the eleventh request for an extension of discovery deadlines in this matter. The Parties acknowledge that, pursuant to Local Rule 26-3, a stipulation to extend a deadline set forth in a discovery plan must be submitted to the Court no later than 21 days before the expiration of the subject deadline, and that a request made within 21 days of the deadline must be supported by a showing of good cause. All of the deadlines the Parties are requesting to be extended expire within the 21-day window, and good cause exists for extending the current deadlines (*see* ECF No. 87) as set forth below. The current discovery cutoff date is February 6, 2026. *Id*.

The Parties have been diligently conducting discovery and continue to conduct discovery (and have nearly completed the extensive discovery in this case), but recent and unanticipated developments in the case set forth below necessitate the requested extension based on good cause and judicial economy.

As noted previously (ECF No. 87 at pp. 7: 19-8:14, 10:9-15), for cost-saving and efficiency purposes, the parties in this matter and two related matters have agreed that the dispositive motion deadline in this case should be clustered with the dispositive motion deadlines in two cases involving overlapping policy issues. These two cases are *Downes-Covington, et al. v. LVMPD, et al.*, Case No. 2:20-cv-01790-CDS-DJA (the "*Downes-Covington*" case) and *Rogers et al. v. LVMPD, et al.*, Case No. 2:22-cv-00867-CDS-DJA (the "*Rogers*" case). Additionally, because of the overlap of policy, practice, and customs issues, the parties have also agreed to consolidate the deposition of LVMPD's Fed. Rev. Civ. P. 30(b)(6) designee(s) in this case and the *Rogers* case which will result in greater efficiency, ease of witness scheduling, and lower costs in effectuating the 30(b)(6) depositions in all three of the cases. While *Downes-Covington*, *Rogers*, and this case differ factually in some respects relevant to each plaintiff, the cases each stem from the widespread protests following George Floyd's death in 2020 and the police response to those protests. Many of the overarching policy, practice, and custom issues in these three cases are similar, and as such

the *Monell* arguments in each case will likely substantially overlap. Clustering the dispositive motion deadline here with those in *Downes-Covington* and *Rogers* and consolidating the Fed. Rev. Civ. P. 30(b)(6) depositions in this case and the *Rogers* case will simplify the issues and streamline the judicial process for the Parties by permitting the Parties to draft dispositive motions in each case simultaneously. It will also reduce the burden on and promote judicial efficiency in the courts.

The Parties have been meeting and conferring about and had planned to have already concluded the Fed. Rev. Civ. P.30(b)(6) deposition but the unexpected illness of Plaintiffs' lead counsel (exacerbated by the fact Mr. Wolpert also needed to travel twice to Tucson to assist his mother with surgery and related health care issues in December and January). **The consolidated Fed. Rev. Civ. P.30(b)(6) deposition(s) will occur on February 25 and/or 26, 2026.**

Additionally, with regard to the coordinated dispositive motion deadlines, the requested extension of time is needed due to the need to consolidate the work in this case and the related cases. On November 20, 2025, the Court in the *Downes-Covington* case approved the parties request to extend the dispositive motions deadline in that case to April 2, 2026.[4] The prior dispositive motions deadline in this matter was set for March 10, 2026, which was staggered to follow a March 2, 2026, dispositive motions deadline in the *Rogers* case, and to precede the April 2, 2026, dispositive motions deadline in the *Downes-Covington* case. On February 5, 2026, the court in the *Rogers* case approved a request to extend the expert, rebuttal expert, discovery cut-off, and dispositive motions deadlines, and set May 1, 2026, as the dispositive motions deadline in that case.[5] Thus, moving the dispositive deadline to May 22, 2026, in this case will synchronize the cases (without having two briefs with multiple exhibits due on the same day).

---

[4] The Court in *Downes-Covington* approved the new dispositive motions deadline of Monday, April 2, 2026. (Case No. 2:20-cv-01790-CDS-DJA, ECF No. 212), which the Parties noted at that time may need to be further extended to coordinate with this case and the *Rogers* Case (*id.* p. 3:12-17 (¶ 10)).

[5] *See* minute order in the *Rogers* Case (Case No. 2:20-cv-00867-CDS-MDC, ECF No. 129).

8

Finally, additional time is needed for written discovery. On August 8, 2025, Plaintiff deposed Defendant Tom Jenkins. Due to health reasons, his deposition had to be taken remotely, and technical problems prevented the review of critical video footage during the deposition wherein Jenkins was to identify critical portions of the footage that relate to Plaintiff's claims. Moreover, Jenkins' testimony raised questions about LVMPD policy concerning preparation of Declaration of Arrest reports that are relevant to Plaintiff's claims. As a result, Plaintiff issued requests for production to LVMPD on September 12, 2025, to address the arrest report issues raised by Jenkins, and the Parties agreed that the video footage issues could be resolved by way of interrogatories to Jenkins, which were served on October 13, 2025. Responses to those interrogatories remain outstanding, as do LVMPD's responses to Plaintiff's Fourth Set of Interrogatories concerning preservation issues, and limited additional discovery on the video footage issue may be required depending on the content of the answers to those interrogatories. At the October 30, 2025, deposition of former SWAT supervisor, John Leon, Plaintiff learned of several LVMPD policy issues that relate to *Monell* liability that may require limited additional written discovery to LVMPD depending on how these issues interact with the deposition of LVMPD's Rule 30(b)(6) witness.

The Parties contend that an extension of discovery deadlines enables them to complete the remaining deposition so that this matter is fairly resolved on the merits. It will also beneficially harmonize the dispositive motion briefing in this case, *Downes-Covington*, and *Rogers*, and coordinate the deposition of the LVMPD's combined 30(b)(6) witness depositions in this case and the *Rogers* case in a way that promotes judicial economy. Finally, the Parties together request the instant extension in good faith, for good cause, and to further the resolution of this complicated case on the merits, and not for any purpose of delay. "Good cause to extend a discovery deadline exists 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Derosa v. Blood Sys., Inc.,* No. 2:13-cv-0137-JCM-NJK, 2013 U.S. Dist. LEXIS 108235, 2013 WL 3975764, at 1 (D. Nev. Aug. 1, 2013) (*quoting Johnson v. Mammoth Recreations*, Inc., 975 F.2d 604, 609 (9th Cir. 1992)); *see also* Fed. R. Civ. P. 1 (providing that the Rules of Civil Procedure "should be construed,

9

administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding"). As the procedural history of this case illustrates, the Parties have been diligent in litigating this matter and carrying out discovery and have worked cooperatively and with professional courtesy when unanticipated personal and other circumstance have required adjustment.

For all these reasons, the Parties contend that the standards to extend all deadlines are satisfied here.

## IV.     PROPOSED SCHEDULE FOR REMAINING DEADLINES

For the reasons set forth above, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended as set forth below:

| | Current Deadline | Proposed New Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | ~~March 21, 2023~~ | **Past Due/Unchanged** |
| Initial Expert Disclosures | ~~August 6, 2024~~ | **Past Due/Unchanged** |
| Rebuttal Expert Disclosures | ~~December 5, 2024~~ | **Past Due/Unchanged** |
| Discovery Cut-Off | February 6, 2026 | **April 1, 2026** |
| Dispositive Motions | March 10, 2025 | **May 22, 2026** |
| Pretrial Order | May 8, 2026 | **June 22, 2026** (If dispositive motions are filed, the deadline shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.) |

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended as set forth above so that the parties may conduct additional discovery and depositions and efficiently litigate the case based on the merits.

The Parties respectfully submit this request in good faith and not for any improper purpose or to delay.

MCLETCHIE LAW

ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

Dated this 6th day of February, 2026.          Dated this 6th day of February, 2026.

**MCLETCHIE LAW**                              **MARQUIS AURBACH**

By: */s/ Leo S. Wolpert*                        By: */s/ Nick D. Crosby*
    Margaret A. McLetchie, Esq.              Nick D. Crosby, Esq.
    Nevada Bar No. 10931                      Nevada Bar No. 8996
    Leo S. Wolpert, Esq.                     10001 Park Run Drive
    Nevada Bar No. 12658                     Las Vegas, Nevada 89145
    602 South 10th Street                *Attorney for Defendants*
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiff Nebyou*
    *Solomon*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/9/2026

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM