MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LISA A. RASMUSSEN, Nevada Bar No. 7491
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth St.
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Nebyou Solomon*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation; SHERIFF JOSEPH LOMBARDO, an individual; TOM JENKINS, an individual; BENJAMEN COBB, an individual; MICHAEL GRACA, an individual; WILLIAM VAN CLEEF, an individual; DOE OFFICERS V-X, individuals<br>Defendants. | **Case No.:** 2:22-cv-00847-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S REPLY IN SUPPORT OF:**<br><br>**PLAINTIFF'S MOTION TO FILE THIRD AMENDED COMPLAINT [ECF NO. 88]; AND**<br><br>**MOTION TO EXTEND AMENDMENT DEADLINE [ECF NO. 89]**<br><br>**(FIRST REQUEST)** |

Plaintiff NEBYOU SOLOMON ("Plaintiff"), by and through his counsel of record, McLetchie Law, and Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Sheriff Joseph Lombardo, Sgt. Tom Jenkins, Ofc. Benjamen Cobb, Ofc. Michael Graca and Sgt. William Van Cleef ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach, hereby stipulate and agree to extend the deadline for the Plaintiff to file his Reply in support of his Motion to Extend Amendment Deadline (ECF No. 89) (collectively, "Motion to Amend"), from February 11, 2026, to February 25, 2026.

1.    Plaintiff filed his Motion to Amend on January 19, 2026. (ECF Nos. 88 & 89).

2.    The LVMPD Defendants' Opposition to Plaintiff's Motion to Amend was due February 2, 2026, and was filed on February 4, 2026, pursuant to a stipulation of the parties to extend the time to file the opposition. (ECF Nos. 95 & 96).

3.    Counsel communicated and stipulated that Plaintiff's deadline to file his Reply be extended from February 11, 2026, to February 25, 2026.

4.    The reason for the requested extension is due to the fact Defendants' opposition is extensive and Plaintiff's counsel requires more time than anticipated to prepare a response. Additionally, Plaintiff's counsel had an extensive opposition to a motion to dismiss due on February 9, 2026, and is preparing a time-sensitive motion to disqualify a judge in a criminal case, both of which took and are taking more time than anticipated to prepare. Additionally, all this month, Plaintiff's counsel has other obligations, some of which were not and could not have been anticipated, including a response to a Motion to Set Aside following two anti-SLAPP orders recently secured in litigation spanning years and years in the middle of deadlines for related fee briefing involving upwards of $1.5 million dollars and fact-intensive work involving multiple law firms.

///

///

///

///

///

///

///

///

///

///

///

///

///

2

5.     This Stipulation is being entered in good faith and not for purposes of delay.

Dated this 11th day of February, 2026.          Dated this 11th day of February, 2026.

**MCLETCHIE LAW**                                **MARQUIS AURBACH**

By: */s/ Margaret A. McLetchie*                  By: */s/ Nick D. Crosby*
   Margaret A. McLetchie, Esq.        Nick D. Crosby, Esq.
   Nevada Bar No. 10931               Nevada Bar No. 8996
   Leo S. Wolpert, Esq.               10001 Park Run Drive
   Nevada Bar No. 12658               Las Vegas, Nevada 89145
   602 South 10th Street              *Attorney for Defendants*
   Las Vegas, Nevada 89101
   *Attorneys for Plaintiff Nebyou*
   *Solomon*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/12/2026

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM