MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
LISA A. RASMUSSEN, Nevada Bar 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Attorneys for Plaintiff*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation; SHERIFF JOSEPH LOMBARDO, an individual; TOM JENKINS, an individual; BENJAMEN COBB, an individual; MICHAEL GRACA, an individual; WILLIAM VAN CLEEF, an individual; DOE OFFICERS V-X, individuals,<br><br>Defendants. | **Case. No.: 2:22-cv-0847-JCM-DJA**<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiff Nebyou Solomon ("Plaintiff"), by and through his counsel of record, Margaret A. McLetchie, Esq., Lisa A. Rasmussen, Esq., and Leo S. Wolpert, Esq., of the law firm of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department ("LVMPD"), Sheriff Joseph Lombardo, Officer Tom Jenkins, Officer Benjamen Cobb, Officer Michael Graca, and Officer William Van Cleef, collectively ("LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq. of Marquis Aurbach, hereby agree and jointly stipulate the following.

1. This request for an extension of time is not sought for an improper purpose or other purpose of delay. The parties are requesting extension of the dispositive motion

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

deadline—up to and including November 17, 2026[1]—, as the Magistrate's Judge's Report and Recommendation granting in part and denying in part Plaintiff's motion to file third amended complaint and motion to extend amendment deadline greatly affect the dispositive motion briefing for both Plaintiff and Defendants in this case (and for the additional reasons listed below).

2. The dispositive motion deadline in this case is currently August 5, 2026. ECF No. 122.

3. Under Local Rule 26-3, a stipulation to extend a scheduled deadline made within 21 days of the subject deadline must be supported by a showing of good cause.

4. The Parties respectfully submit that, for the reasons outlined below, good cause exists to grant this stipulated extension.

5. On January 19, 2026, Plaintiff filed his motion to file a third amended complaint and to extend the amendment deadline ("Motion to Amend"). ECF Nos. 88 & 89.

6. The Motion to Amend proposed significant changes to the Complaint, including, *inter alia*: (1) adding Officers Kolkoski and Meyer as Defendants to Plaintiff's First, Second, Third, Fourth, Fifth, Seventh, Eighth, Tenth, Eleventh, and Twelfth causes of action in the proposed amended complaint; (2) adding additional and allegations against existing Defendant William Van Cleef; (3) adding over one hundred (100) paragraphs of factual allegations which increase the scope of Plaintiff's *Monell* claims regarding the BLM Protests which impact Plaintiff's First, Second, Third, Fourth, Fifth, Sixth, Tenth, and Twelfth causes of action; and (4) adding new Second, Eleventh and Twelfth causes of action for 28 U.S.C. § 1983 federal and state constitutional excessive force violations and for state constitutional free speech violations/retaliation. *Id*.

7. On August 3, 2026, at 4:15 pm, the Magistrate Judge issued his Report and Recommendation granting in part and denying in part Plaintiff's Motion to Amend. (ECF

[1] As discussed below, the Parties have stipulated to extend the dispositive motion deadline in a related case for 90 days, until November 3, 2026. Thus, this Stipulation seeks 90 days and 2 weeks so the deadlines are staggered.

No. 123). While the Report denied several aspects of Plaintiff's Motion to Amend, the portion of the Motion to Amend granted by the Court was significant from a factual and legal perspective.

8. As a result of the Report and Recommendation, the bases for whether Plaintiff and Defendants would rely upon for a dispositive motion have substantially changed, as Report and Recommendation approved two new parties and a plethora of new factual allegations.

9. Accordingly, the Parties will need at least ninety (90) days from the current dispositive motion deadline to determine whether dispositive motions will be filed and if so, to prepare such motions.

10. For cost-saving and efficiency purposes, the parties agree that the dispositive motion deadline in this case should be extended to be close in time to, or clustered with, the dispositive motion deadlines in two cases involving distinct facts and circumstances but similar policy issues. These two cases are *Wright-Rogers v. LVMPD, et al.*, Case No. 2:22-cv-00867-CDS-BNW and *Downes-Covington, et al. v. LVMPD, et al.,* Case No. 2:20-cv-01790-CDS-DJA.

11. While *Wright-Rogers*, *Downes-Covington*, and this case differ factually in some respects relevant to each plaintiff, the cases each stem from the widespread protests following George Floyd's death in 2020 and the police response to those protests.

12. Many of the overarching policy, practice, and custom issues related to these three cases are similar, and as such the *Monell* arguments in each case will likely substantially overlap.

13. Clustering the dispositive motion deadline here with those in *Wright-Rogers* and *Downes-Covington* will simplify the issues and streamline the judicial process for the Parties by permitting the Parties to draft dispositive motions in each case simultaneously.

14. Clustering the dispositive motion deadline here with those in *Wright-Rogers* and *Solomon* will reduce the burden on and promote judicial efficiency in the courts, and this Court in particular, through allowing the Parties to present similar issues to the Court around

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

the same time.

15. The current dispositive motion deadline in *Wright-Rogers* is August 21, 2026, but the parties have stipulated to extend this deadline by approximately 90 days (again, the Parties intend to stagger the dates).

16. The current dispositive motion deadline in *Downes-Covington* is August 5, 2026, 2026, but the parties have stipulated to extend the deadline by approximately 90 days, to November 3, 2026.

17. Additionally, the Parties understand that there are still outstanding discovery issues in this case and in the *Wright-Rogers* case, including related to issues regarding Metro's Fed. R. Civ. P. 30(b)(6) deposition, that the parties are working to resolve without motion practice, and therefore the above dates are subject to change based on discovery yet to be completed. The Parties will promptly update the Court and, if necessary, provide an updated stipulation for the Court's consideration if there are any changes to the above dates.

18. This is the first request for extension of time to file dispositive motions in this matter. The Parties respectfully submit that the reasons set forth above constitute the necessary good cause for the requested extension.

19. The Parties further agree that the dispositive motion deadline currently set for August 5, 2026, shall be extended by ninety (90) days.

20. While the parties recognize this stipulation is filed inside the 21-day time period outlined in the Rule, the parties note the Court did not issue its Report and Recommendation until August 3, 2026, at 4:15 pm. (*See* ECF No. 123).

21. WHEREFORE, the Parties respectfully request that the dispositive motion deadline herein be extended to November 17, 2026.

/ / /

/ / /

/ / /

/ / /

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

22. The instant stipulation is being made in good faith and not for purposes of delay, and no party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

Dated this 5th day of August, 2026.

MCLETCHIE LAW

By: */s/ Margaret A. McLetchie*
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
602 South 10th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Dated this 5th day of August, 2026.

MARQUIS AURBACH

By: */s/ Nick D. Crosby*
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: 8/6/2026

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM