MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
LISA A. RASMUSSEN, Nevada Bar 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Attorneys for Plaintiffs*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

NEBYOU SOLOMON, an individual,

Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation; SHERIFF JOSEPH LOMBARDO, an individual; TOM JENKINS, an individual; BENJAMEN COBB, an individual; MICHAEL GRACA, an individual; WILLIAM VAN CLEEF, an individual; DOE OFFICERS V-X, individuals,

Defendants.

**Case. No.: 2:22-cv-0847-JCM-DJA**

**STIPULATION AND ORDER TO DEADLINE TO SUBMIT OBJECTIONS TO REPORT AND RECOMMENDATION (ECF NO. 123)**

**(FIRST REQUEST)**

Plaintiff Nebyou Solomon ("Plaintiff"), by and through his counsel of record, Margaret A. McLetchie, Esq., Lisa A. Rasmussen, Esq., and Leo S. Wolpert, Esq., of the law firm of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department ("LVMPD"), Sheriff Joseph Lombardo, Officer Tom Jenkins, Officer Benjamen Cobb, Officer Michael Graca, and Officer William Van Cleef, collectively ("LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq. of Marquis Aurbach, hereby agree and jointly stipulate and request that this Court grant an extension of time for Plaintiff to file his objections to the July 31, 2026, Report and Recommendation Granting in Part and Denying in Part his Motion to Extend the Deadline to Amend his

Complaint and Motion for Leave to Amend his Complaint. (ECF No. 123.) This is the first request for an extension of this deadline.

Pursuant to LR IB 3-2(a), Plaintiff's objections to the Report and Recommendation are due on August 14, 2026. The Parties agree to a seven (7) day extension of time, making the proposed deadline **August 21, 2026**. This request is being made in good faith and not for the purposes of delay, but rather to ensure effective representation for Plaintiff. Good cause exists for this extension. Specifically, since the Report and Recommendation was issued on July 31, Plaintiff's counsel has been required to devote their limited resources to competing matters, including but not limited to: oral argument before the Nevada Supreme Court on August 6, a writ petition submitted to the Nevada Supreme Court filed August 7, an all-day mediation on August 9, and an opening brief to the Nevada Supreme Court due August 14.

**IT IS SO STIPULATED.**

Dated this 14th day of August, 2026.

MCLETCHIE LAW

By: /s/ *Leo S. Wolpert*
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
602 South 10th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Nebyou Solomon*

Dated this 14th day of August, 2026.

MARQUIS AURBACH

By: /s/ *Nick D. Crosby*
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Date: August 14, 2026