MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Attorneys for Plaintiff*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEBYOU SOLOMON, an individual,<br><br>Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation; SHERIFF JOSEPH LOMBARDO, an individual; TOM JENKINS, an individual; BENJAMEN COBB, an individual; MICHAEL GRACA, an individual; WILLIAM VAN CLEEF, an individual; DOE OFFICERS V-X, individuals,<br><br>Defendants. | **Case. No.: 2:22-cv-0847-JCM-DJA**<br><br>**NOTICE OF DISASSOCIATION OF ATTORNEY LISA A. RASMUSSEN, ESQ.; AND**<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND LISTING AS COUNSEL OF RECORD** |

TO THE COURT AND COUNSEL OR RECORD:

NOTICE IS HEREBY GIVEN that as of August 14, 2026, attorney Lisa A. Rasmussen, Esq., is no longer employed by McLetchie Law Group, PLLC ("McLetchie Law"), which is counsel for Plaintiff Nebyou Solomon ("Plaintiff"), and that Ms. Rasmussen will no longer be representing Plaintiff.

Additionally, the undersigned respectfully request that the email address of lisa@nvlitigation.com be removed from the E-filing and service lists, and that Ms. Rasmussen no longer be listed on the docket as counsel for Plaintiff.

McLetchie Law and the firm's other attorneys, Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., remain counsel of record for Plaintiff.

DATED: August 17, 2026.

**MCLETCHIE LAW GROUP, PLLC**

By: <u>*/s/ Margaret A. McLetchie*</u>
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
602 South 10th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

IT IS THEREFORE ORDERED that the motion is GRANTED. IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to REMOVE Lisa Rasmussen, Esq. as attorney of record in this case.



DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 19, 2026

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17th, 2026, I electronically filed the foregoing NOTICE OF DISASSOCIATION OF ATTORNEY LISA A. RASMUSSEN, ESQ.; AND MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND LISTING AS COUNSEL OF RECORD with the Clerk of the Court for the United States District Court by using the court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Nick D. Crosby, Esq.
MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
Email: ncrosby@maclaw.com
Email: smong@maclaw.com
*Attorneys for Defendants*

*/s/ Alexander Loglia*
Employee, McLetchie Law Group, PLLC

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM