UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

NEBYOU SOLOMON,

Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO; TOM JENKINS; BENJAMIN COBB; MICHAEL GRACA; and WILLIAM VAN CLEEF,

Defendants.

Case No. 2:22-cv-00847-JCM-DJA

**ORDER**

Presently before the court is Magistrate Judge Daniel Albregts' report and recommendation ("R&R"). (ECF No. 123). He recommends that plaintiff Solomon's motion to extend the deadline (ECF No. 89) be granted in part, and denied in part.

Magistrate Judge Albregts' recommendation addresses whether the court should grant leave for plaintiff Solomon to amend his complaint to add two new defendants and assert new claims. Judge Albergts recommends that Solomon's motion to amend his complaint to add two new defendants, Seth Meyer and Kevin Kolkoski, be granted. He further recommends granting Solomon's motion to amend his complaint, adding new claims against the new defendants. However, Judge Albregts recommends denying any amendments asserting new claims against existing defendants.

No objections were filed to the R&R. Thus, the court is not obligated to conduct a de novo review of the R&R. 28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.").

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Albregt's Report and Recommendation (ECF No. 123) is ADOPTED, in full.

Dated this 17th day of September, 2026.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE